EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
P.O. Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00426 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | (21 U.S.C. § 841(a)(1)) |
| vs. | ) | |
| | ) | |
| FRED M. KIYABU, III | ) | |
| | ) | |
| Defendant. | ) | |

I N D I C T M E N T

## COUNT 1

The Grand Jury charges that:

On or about July 30, 2002, in the District of Hawaii, defendant

### FRED M. KIYABU, III

knowingly and intentionally distributed 5 grams or more (to wit, approximately 10.5 grams) of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 2

The Grand Jury further charges that:

On or about August 15, 2002, in the District of Hawaii, defendant

### FRED M. KIYABU, III

knowingly and intentionally distributed 5 grams or more (to wit, approximately 12.4 grams) of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

<u>COUNT 3</u>

The Grand Jury further charges that:

On or about October 1, 2002, in the District of Hawaii, defendant

FRED M. KIYABU, III

knowingly and intentionally distributed 50 grams or more (to wit, approximately 52.2 grams) of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

DATED: __10/23/02__, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LOUIS A. BRACCO
Assistant U.S. Attorney

<u>USA v. Fred M. Kiyabu, III</u>
"Indictment"